UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
MAHNKE,                                                      :
                                                             :    **ORDER**
                        Plaintiff,                           :
                                                             :    24 Civ. 4303 (AKH)
        v.                                                   :
                                                             :
RAINMEN USA ET AL,                                           :
                                                             :
                        Defendants.                          :
                                                             :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period.

All pending court dates are cancelled. The Clerk is directed to terminate any open motions and close the case.

SO ORDERED.

Dated:      January 28, 2026
            New York, New York

ALVIN K. HELLERSTEIN
United States District Judge